## BARTLETT v. MORTON.

(Decided May 9, 1914.)

APPEAL from Marshall Circuit Court.

Heard before Hon. W. W. HARALSON.

E. O. McCORD, GOODHUE, BRINDLEY & WHITE, and W. C. RAYBURN, for appellant. STREET & ISBELL, for appellee.

Per curiam. Appeal dismissed.

---

## BATTLE v. THE STATE.

(Decided June 4, 1914.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## BIRMINGHAM RAILWAY, LIGHT & POWER CO. v. PORTER.

(Decided April 23, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

TILLMAN, BRADLEY & MORROW, for appellant. PERDUE & Cox, for appellee.

Per curiam. Affirmed on certificate.

---

## BIRMINGHAM RAILWAY, LIGHT & POWER CO. v. REED.

(Decided April 14, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN H. MILLER.

TILLMAN, BRADLEY & MORROW, for appellant. HARSH, BEDDOW & FITTS, and McQUEEN & ELLIS, for appellee.

Per curiam. Appeal dismissed.